**Gelman & Jones, LLP**
Attorneys at Law
One Grand Central Place
305 Madison Avenue, Suite 1060
New York, New York 10165
Telephone (212) 557-0559
Facsimile (212) 297-0536

**Phyllis Gelman***
**Katrina M. Jones****
‑‑‑‑‑‑‑‑

*Also admitted in New Jersey and Connecticut
**Also admitted in Tennessee

<u>**Via Facsimile**</u>
January 30, 2015

Hon. James Orenstein,
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Grant v. Greenberg Taurig, LLP* (Index No. 14-CV-1742)

Dear Judge Orenstein:

      This firm represents the Plaintiff in the above referenced matter. During our last status conference, the parties were asked if we would be willing to have a settlement conference before depositions went forward. I am writing to advise the court that after consulting with our clients, both parties have agreed that a settlement conference would be appropriate at this juncture. For the Court's convenience, I want to advise you that both parties are available February 12th and 24th–including the Defendant's in-house counsel who will be travelling to New York for the conference. The parties are also amenable to scheduling the conference sometime in March, as well. My adversary, Justin Chu, joins me in this request.

Thank you.

Sincerely,

*[signature]*

Katrina M. Jones